Case 5:25-cv-00170   Document 7   Filed on 10/17/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| SHAHROKH RAHIMI § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-170 |
| § | |
| PERRY GARCIA *et al.* § | |

**ORDER**

Petitioner filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 6). The Federal Rules of Civil Procedure apply in habeas actions "to the extent that they are not inconsistent with any statutory provisions or these rules." Rule 12 of the Rules Governing Section 2254 Proceedings; *see also* Rule 1(b), of the Rules Governing Section 2254 Proceedings) (the Court may apply § 2254 rules to 28 U.S.C. § 2241 cases). Generally, a party in a civil suit may dismiss claims without a court order upon filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. *See* Fed. R. Civ. P. 41(a)(1)(A). Unless otherwise indicated, Rule 41(a)(1)(A)(i) dismissals operate without prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Here, Respondents have neither answered the petition, nor filed a motion for summary judgment, and none of the above limitations apply. Therefore, the notice of dismissal automatically dismissed Petitioner's claims without prejudice. *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).

Accordingly, Petitioner's subsequently filed motions (Dkt Nos. 2, 3, 5) are **DENIED as MOOT**. Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** October 17, 2025.

                                          Marina Garcia Marmolejo
                                          United States District Judge